This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 141  SSM 28
In the Matter of Ruth Joanna
O.O., &c.

Melissa O.,
          Appellant;
Administration for Children's
Services,
          Respondent.

          Submitted by Steven N. Feinman, for appellant.
          Submitted by Emma Grunberg, for respondent.
          Submitted by Susan Clement, for the child.
          Brooklyn Law School Disability and Civil Rights Clinic, et al., amici curiae.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules, order affirmed, without costs, and certified question answered in the affirmative.  Record support exists for the affirmed findings that Melissa O. committed acts constituting child neglect and the child is a neglected child as defined in Family Court Act § 1012.  Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman concur.

Decided November 16, 2017